# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Virginian-32, Inc. ) ASBCA No. 61156
)
Under Contract No. W56PFY-16-P-0126 )

APPEARANCES FOR THE APPELLANT: G. Brent Connor, Esq.
Joseph R. Berger, Esq.
Thomas O. Mason, Esq.
 Thompson Hine LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
MAJ Adam Kama, JA
 Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61156, Appeal of Virginian-32, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals